# EXHIBIT B

.. .. .



Sign in or Register  |  Trade  |  My Account  |  Support Center  |  Cart | How to buy

Search products                    Go

**FREE SHIPPING**
*On Orders Over $50 In US*

PRODUCTS    APPLICATIONS    ABOUT US    LIGHTING IDEAS

Home  >  LE offers wide range of LED bulbs, LED lights

| | |
|---|---|
| All categories | |
| LED Bulbs | |
| Commercial Lighting | |
| Ceiling Lights | |
| Outdoor Lighting | |
| LED Strip | |
| Lamps | |
| Flashlights | |
| LED Grow Lights | |
| LED Car Lights | |
| Accessories | |



### 20W 4Ft T8 LED Tube Lights, 60W Fluorescent Tube Equiv, Clear Lens, Warm White

**(5 reviews)**

| | | | |
|---|---|---|---|
| Input Voltage(v): | 120 | Wattage(W): | 18 |
| Brightness(lm): | 1500 | Light Color: | Warm White |
| Color Temperature (K): | 3000 | CRI: | > 75 |
| Bulb Shape: | Tube | Warranty: | 3 Years |

~~Price $65.50~~                    Share
Special Price $30.99

More details

### 18W 4Ft T8 LED Tube Lights, 60W Fluorescent Tube Equiv, Frosted Cover, Daylight White

**(8 reviews)**

| | | | |
|---|---|---|---|
| Input Voltage(v): | 100–277 | Wattage(W): | 18 |
| Brightness(lm): | 1700 | Light Color: | Daylight White |
| Color Temperature (K): | 6000 | CRI: | > 80 |
| Bulb Shape: | Tube | Material: | PC |

~~Price $65.50~~
Special Price $27.99

More details

---

Subscribe to latest news, product and price information    Enter your email address    Submit

**Customer Services**
Order status
Trade
My Account
High Volume Price
Customized Order
Lighting Knowledge

**Helpful Links**
Warranty
Shipping Terms
Return
Sales Term
Privacy
ENERGY STAR Partner
Sitemap

**Follow LE!**
Facebook
Twitter
Pinterest
Google+

**Lighting Ideas**
LED Basics
Lighting Basics
LED Buying Guide
User Guide
Improvement Guide



---

Copyright © 2008–2014 Lighting EVER. All Rights Reserved
Register Address: 1810 E Sahara Ave Suite 1526 Las Vegas,NV 89104
Fax: 702.975.1808 Email: services@lightingever.com

